UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
IN RE MERCATOR SOFTWARE, INC.      :   Master File No.
SECURITIES LITIGATION,             :   3:00-CV-1610 (GLG)
                                   :
-------------------------------------------------- :
                                   :
This Document Relates to:          :
All Actions                        :
                                   :
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )   ss.:
COUNTY OF NEW YORK     )

LOUISE NASH, being first duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age and reside in Sussex County, New Jersey. I am employed with Milberg Weiss Bershad Hynes & Lerach LLP.

On November 7, 2003 I served the following:

(a)   Motion for Distribution of Class Settlement Fund (including as Exhibit A a proposed Order Re: Distribution of Class Settlement Fund)

(b)   Affidavit of D. Lee Janvrin in Support of Motion for Distribution Settlement Fund;

(c)   Affidavit of Sanford P. Dumain in Support of Motion for Distribution of Class Settlement Fund and Other Relief; and

(d)   Affidavit of Service.

upon the attorneys listed on the attached service list by causing a true copy of same enclosed in a post-paid properly addressed wrapper, to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

LOUISE NASH

Sworn to before me this
7th day of November, 2003

_____
Notary Public

ADAM J. WEINSCHEL
Notary Public, State Of New York
No. 01WE6045618
Qualified In New York County
Commission Expires July 31, 20 06

## MERCATOR SOFTWARE, INC.

### SERVICE LIST

William L. Prickett, Esq.
Kevin J. Cloherty, Esq.
Dawn M. Perlman, Esq.
Alison V. Douglass, Esq.
**TESTA, HURWITZ & THIBEAULT, LLP**
125 High Street
Boston, Massachusetts  02110

Shaun S. Sullivan, Esq.
James H. Bicks, Esq.
William J. Kelleher III, Esq.
**WIGGIN & DANA LLP**
400 Atlantic Street, 7th Floor
Stamford, Connecticut  06911

Andrew M. Schatz, Esq.
Jeffrey S. Nobe, Esq.
**SCHATZ & NOBEL, P.C.**
330 Main Street, Second Floor
Hartford, Connecticut  06106-1851

Jeffrey Habe, Esq.
Joseph Seidman, Esq.
**BERNSTEIN LIEBHARD & LIFSHITZ, LLP**
10 East 40th Street
New York, New York  10016

Sherrie R. Savett, Esq.
Arthur Stock, Esq.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, Pennsylvania  19103

Paul J. Geller, Esq.
Jonathan M. Stein, Esq.
**CAULEY GELLER BOWMAN & RUDMAN, LLP**
One Boca Place
2255 Glades Road, Suite 421A
Boca Raton, Florida  33431

Gene Winter, Esq.
**St. ONGE, STEWARD, JOHNSTON & REENS, LLC**
986 Bedford Street
Stamford, Connecticut  06905

J. Daniel Sagarin, Esq.
**HURWITZ & SAGARIN, LLC**
147 North Broad Street
P.O. Box 112
Milford, Connecticut  06460-0112

David Kessler, Esq.
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania  19004

Gerald J. Rodos, Esq.
Daniel E. Bacine, Esq.
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, Pennsylvania  19103

Michael G. Lange, Esq.
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, LLP**
One Liberty Square
Boston, Massachusetts  02109

Andrew N. Friedman, Esq.
Mark S. Willis, Esq.
**COHEN, MILSTEIN, HAUSFELD & TOLL**
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC  20005

Mark McNair, Esq.
**LAW OFFICE OF MARK McNAIR**
1819 Pennsylvania Avenue, N.W.
Suite 550
Washington, DC 20006

James M. Orman, Esq.
**LAW OFFICES OF JAMES M. ORMAN**
1845 Walnutt Street, 14th Floor
Philadelphia, Pennsylvania 19103

Patrick V. Dahlstrom, Esq.
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
One North LaSalle Street, Suite 2225
Chicago, Illinois 60602-3908

**RABIN & PECKEL, L.L.P.**
275 Madison Avenue, 34th Floor
New York, New York 10016

Fred Taylor Isquith, Esq.
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016

Evan Smith, Esq.
**BRODSKY & SMITH, LLC**
11 Bala Avenue, Suite 39
Bala Cynwyd, Pennsylvania 19004

Bruce G. Murphy, Esq.
**LAW OFFICES OF BRUCE G. MURPHY**
265 Lloyd's Lane
Vero Beach, Florida 32963

Charles J. Piven, Esq.
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
The World Trade Center, Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202

Stanley M. Grossman, Esq.
Marc I. Gross, Esq.
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
100 Park Avenue
New York, New York 10017-5516

Robert M. Roseman, Esq.
Jeffrey L. Kodroff, Esq.
**SPECTOR ROSEMAN & KODROFF, P.C.**
1818 Market Street, 25th Floor
Philadelphia, Pennsylvania 19103

Stephen D. Oestreich, Esq.
**WOLF POPPER LLP**
845 Third Avenue
New York, New York 10022

Stephen D. Oestrich, Esq.
**SLOTNICK, SHAPIRO & CROCKER, LLP**
100 Park Avenue
New York, New York 10017